**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1607**

NATHAN E. WILSON,

        Plaintiff - Appellant,

    v.

DALY SEVEN, INC., d/b/a The Holiday Inn, RDU,

        Defendant - Appellee,

    and

HOLIDAY INN, RDU,

        Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:15-cv-00610-FL)

Submitted: October 18, 2018                Decided: October 22, 2018

Before GREGORY, Chief Judge, KEENAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nathan E. Wilson, Appellant Pro Se. Dena Beth Langley, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP, Greensboro, North Carolina, for

Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathan E. Wilson appeals the district court's order dismissing his employment discrimination complaint and a subsequent text order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilson v. Daly Seven, Inc.*, No. 5:15-cv-00610-FL (E.D.N.C. Apr. 16, 2018 & Apr. 19, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*